RICHARD F. McGINTY, OSB#86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371.2879
richard@mcginty-belcher.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KAREN R. THORNBERG,**  Case No. 3:16-cv-00162-TC

Plaintiff,

v.  **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

Attorney fees in the amount of $21,813.57 ($27,767.38 less $5,953.81 in EAJA Fees

previously paid) are hereby awarded to Plaintiff's Attorney pursuant to 42 U.S.C. § 406(b). The

Court finds this is a reasonable fee. The agency is directed to send to Plaintiff's attorney, at his

current address shown above, the § 406(b) fee check. Any amount withheld after all

//

//

ORDER APPROVING § 406B ATTORNEY FEES  3:16-CV-00162-TC

administrative and court attorneys fees are paid should be released to the claimant.

DATED this **13** day of April 2019.

_____
United States District Court Magistrate Judge

Submitted by:
Richard F. McGinty, OSB #860718
Attorney for Plaintiff

ORDER APPROVING § 406B ATTORNEY FEES          3:16-CV-00162-TC